PLAINTIFF

    VS.

DEFENDANT

                      CRIMINAL NO.

**DOCUMENT FILED IN ERROR**