# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY NEIN** | : CIVIL ACTION |
| **v.** | : NO. 16-3752 |
| **TRICAM INDUSTRIES, INC.** | : |

## O R D E R

**AND NOW,** this 13th day of September, 2019, upon consideration of the Plaintiff's motion to vacate the Clerk of Court's Taxation of Costs, and all responses and replies thereto, it is **ORDERED** that the Motion [Doc.102] is **GRANTED**.

The Clerk's Taxation of Costs and Judgment against Plaintiff [Docs.100, 101] ] are **VACATED**.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**